# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Covington Division**

| | | |
|---|---|---|
| Lori Huffman | ) | |
|    *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No.    2:17-cv-00017-WOB-JGW |
| | ) | |
| LVNV Funding, LLC | ) | |
|    *Defendant* | ) | |
| | ) | |

## NOTICE OF SETTLEMENT

    Please take notice that Plaintiff, Lori Huffman, has reached a settlement with Defendant LVNV Funding, LLC. Once the settlement is final, the parties will file a joint dismissal with prejudice.

Respectfully submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Lori Huffman*

## **CERTIFICATE OF SERVICE**

 This is to certify that I served a true copy of the foregoing Notice of Settlement via U.S. Mail on the persons at the addresses set forth below this 20th day of June, 2017:

LVNV Funding, LLC
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

      /s/ James H. Lawson
      *Counsel for Plaintiff*
      *Lori Huffman*